**502**

**STATE of Missouri, Respondent,**

v.

**Mike HAYES, Appellant.**

**No. WD 39906.**

Missouri Court of Appeals,
Western District.

Sept. 26, 1989.

Jim Lynn, Columbia, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before GAITAN, P.J., and MANFORD and ULRICH, JJ.

ORDER

PER CURIAM:

Consolidated appeal from the conviction of two counts of receiving stolen property, § 570.080, RSMo 1986, and appeal from the denial of a Rule 29.15 motion for post-conviction relief after evidentiary hearing.

The judgments are affirmed. Rule 84.-16(b) and 30.25(b).

---

**Beverly Ann ASBURY, Respondent,**

v.

**William Joseph ASBURY, Appellant.**

**No. WD 41171.**

Missouri Court of Appeals,
Western District.

Sept. 26, 1989.

Robert G. Smith, Brookfield, for appellant.

Cynthia A. Suter, Kyser & Suter, Moberly, for respondent.

Before SHANGLER, J., Presiding,
and LOWENSTEIN and ULRICH, JJ.

ORDER

PER CURIAM:

The twenty-eight-year marriage of Mr. and Mrs. Asbury was dissolved on June 8, 1988. Mr. Asbury now appeals alleging error in (1) the division of marital property, (2) the award of maintenance, and (3) the award of attorney fees on appeal. The judgment is affirmed. Rule 84.16(b).